# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

KENNETH FRANKLIN KILLIAN,

Plaintiff,

vs.

STATE OF CALIFORNIA, et al.,

Defendants.

CASE NO. 06cv393 BTM(NLS)

**ORDER DISMISSING CASE**

On June 20, 2006, Defendants filed a Suggestion of Plaintiff's Death pursuant to Fed. R. Civ. P. 25(a)(1).   On July 14, 2006, Defendants lodged a copy of Plaintiff's death certificate.   To date, no substitution of party has been filed.   Therefore, the Court hereby **DISMISSES** this action without prejudice. The Clerk shall enter judgment accordingly. The pending motions to dismiss, strike, and for a more definite statement are **DENIED AS MOOT**. **IT IS SO ORDERED.**

DATED:  September 26, 2006

Hon. Barry Ted Moskowitz
United States District Judge

1

06cv393 BTM(NLS)